IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                          Criminal No. 4:19-cr-40004

JUAN PABLO GARCIA-ANZURES                                       DEFENDANT

## **ORDER**

This matter is scheduled for Arraignment on the Indictment (ECF No. 22) on April 3, 2019 at 10:00 a.m. Defendant was previously ordered released on conditions of release. ECF No. 12. It appears from information provided by Government's counsel that Defendant is currently in the custody of the Government pursuant to a prior Order of Removal. Accordingly,

1. If the Defendant is in the custody of the Government, the Government is **ORDERED** to return the Defendant to the United States Courthouse, Texarkana, Arkansas on April 3, 2019, at 10:00 a.m for purposes of Arraignment.

2. If the Defendant is no longer in the custody of the Government, Defendant is **ORDERED** to appear for Arraignment on April 3, 2019, at 10:00 a.m, at the United States Courthouse, Texarkana, Arkansas.

**ENTERED this 28th day of March 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE